UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROSA OJEDA, individually and on behalf of all others similarly situated

                Plaintiff,

-against-

NYCLEANING SOLUTIONS CORP. and FERNANDO PINTADO and MARIO SILVA, as individuals,

                Defendants.

---

**NOTICE OF APPEARANCE**

No. 1:24-cv-06155 (JGLC) (JEW)

**PLEASE TAKE NOTICE** that our office has been retained to represent the Defendants NYCleaning Solutions Corp., Fernando Pintado, and Mario Silva in the above-captioned matter. Accordingly, I respectfully request that any and all future correspondences, filings, ECF notifications or other information related to this matter be addressed to me at the address listed below.

Dated: New York, New York
       October 29, 2024

                              **GLASS & HOGROGIAN LLP**
                              85 Broad Street, 17th Floor
                              New York, New York 10004
                              Tel: (212) 537-6859
                              bglass@ghnylaw.com

                              By: s/ *Bryan Glass*
                                  Bryan D. Glass, Esq.

cc: Roman Avshalumov, Esq., Helen F. Dalton & Associates, PC (via ECF)