UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROSA OJEDA,

                              Plaintiff,                        **ORDER**

                     -against-                      **24-CV-6155 (JGLC) (JW)**

NYCLEANING SOLUTIONS CORP. et al.,

                              Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On October 1, 2024, after being referred this matter for settlement, the Court filed a settlement order. Dkt. Nos. 8, 15. The order instructed the Parties to meet and confer and provide the Court with three mutually agreed upon dates via email by October 22, 2024. Dkt. No. 15.

On October 22nd, at 10:30 p.m., before filing an appearance, the firm of counsel for Defendants emailed chambers an *ex parte* request for ten additional days to provide settlement conference dates. On October 29th, counsel filed an appearance on behalf of all defendants. Dkt. No. 18. On November 8th, well after the October 22nd deadline, the Parties filed a joint letter proposing two dates in January for a settlement conference.

The Parties are reminded to follow all instructions and orders given by this Court. The October 1st order asked for three mutually agreed upon dates to be provided via email, not two dates filed in a joint letter. Moreover, the Court advises Defense counsel not to send *ex parte* communications to the Court unless specifically instructed to do so. The Parties are ordered to meet and confer and contact

Courtroom Deputy Christopher Davis via email by November 20, 2024, at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates in January, February, or March. The Parties should also follow all other instructions provided in the October 1st settlement order.

On September 26th, individual Defendants Mario Silva and Fernando Pintado filed nearly identical letters asking for a 45-day extension to respond to the Complaint while they sought counsel. Dkt. Nos. 13–14. While the letters were addressed to this Court, this matter was only referred for settlement. Thus, this Court does not have the authority to grant or deny any extensions related to answering the complaint. Defendants shall proceed as if no extension was granted. Should Defendants still wish to seek an extension, they should address any future requests to Judge Clarke.

SO ORDERED.

DATED:   New York, New York
         November 13, 2024

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge