UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROSA OJEDA,

                    Plaintiff,

           -against-

NYCLEANING SOLUTIONS CORP. et al.,

                    Defendants.
-----------------------------------------------------------------X

**ORDER**

**24-CV-6155 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On February 25, 2025, the parties attended a settlement conference before this Court. On April 3, 2025, the parties consented to Judge Willis' jurisdiction. Having seen no updates on the docket since then, the Court orders the parties to file a joint status letter, no more than two pages, updating the Court on the status of any settlement discussions and discovery by **October 8, 2025 at 5:00 PM**.

SO ORDERED.

DATED:   New York, New York
              September 29, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge