**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ROSA OJEDA,

                        Plaintiff,

              -against-

NYCLEANING SOLUTIONS CORP. et al.,

                    Defendants.
------------------------------------------------------------------X

                             **ORDER**

                             **24-CV-6155 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Discovery in this case ended on April 30, 2026. Dkt. No. 39. To that end, the parties are ordered to file a joint letter proposing next steps, including whether either party intends on filing a motion for summary judgment. The letter shall be no more than three pages and is due on **June 5, 2026**.

      SO ORDERED.

DATED:    New York, New York
           May 28, 2026

                           _Jennifer E. Willis_
                           JENNIFER E. WILLIS
                           United States Magistrate Judge