**GLASS & HOGROGIAN L**
ATTORNEYS AND COUNSELORS
A Limited Liability Partnersl
85 BROAD STREET, 18th Floor @
NEW YORK, NY 10004
Phone No. 212-537-6859
Fax No. 845-510-2219

The below amended briefing schedule for Defendants' motion for summary judgment is ENTERED. SO ORDERED.

JENNIFER E. WILLIS
United States Magistrate Judge
July 28, 2026

*Michael T. Donnelly*
Associate

E-mail: mdonnelly@ghnylaw.com

July 24, 2026

**VIA ECF**
Honorable Magistrate Judge Jennifer E. Willis
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 1000

**Re:** ***Ojeda v NYCleaning Solutions et al.* 24-cv-06155**
**Joint Status Letter Requesting Briefing Schedule for Summary Judgment**

Dear Magistrate Judge Willis:

My office represents the Defendants in the above-referenced action. I write to respectfully request an extension to August 21, 2026, for Defendants to file their motion for summary judgment, and a corresponding adjustment to the briefing schedule.

Defendants require an extension due to the undersigned's various deadlines in ongoing cases, including hearings in several agency matters. Under the current scheduling order adopted on June 8, 2026, Defendants' motion for summary judgment is due on or before July 27, 2026, Plaintiff's opposition is due August 26, 2026; with Defendants' reply due September 23, 2026. This is the first request for an extension of these deadlines.

Plaintiff consents to Defendants' request for an extension, and the parties propose the following amended briefing schedule:

Defendants' Motion for Summary Judgment: August 21, 2026;

Plaintiff's Opposition: September 21, 2026;

Defendants' Reply: October 21, 2026.

Thank you very much for Your Honor's consideration of our request.

Respectfully submitted,

By: *s/ Michael Donnelly*
Michael T. Donnelly, Esq.

c: Katelyn Schillaci, Esq., attorney for Plaintiffs (via ECF)