**GLASS & HOGROGIAN LLP**
ATTORNEYS AND COUNSELORS AT LAW
A Limited Liability Partnership
85 BROAD STREET, 18th Floor @WeWork
NEW YORK, NY 10004
Phone No. 212-537-6859
Fax No. 845-510-2219

*Michael T. Donnelly*
Associate
E-mail: mdonnelly@ghnylaw.com

Request GRANTED. SO ORDERED.

Jennifer E. Willis
JENNIFER E. WILLIS
United States Magistrate Judge
August 21, 2026

August 20, 2026

**VIA ECF**
Honorable Magistrate Judge Jennifer E. Willis
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 1000

**Re:** ***Ojeda v NYCleaning Solutions et al*. 24-cv-06155**
**Consent Motion Requesting Extension of Briefing Schedule for Summary Judgment**

Dear Magistrate Judge Willis:

My office represents the Defendants in the above-referenced action. I write to respectfully request a brief one-week extension to August 28, 2026, for Defendants to file their motion for summary judgment, and a corresponding adjustment to the briefing schedule.

Principally, one of the Defendants is not located in the area, and the undersigned has had some difficulty coordinating with both Defendants so as to obtain the necessary information for the summary judgment motion. This is in addition to the undersigned's various deadlines in ongoing cases, including hearings in several agency matters. Under the current scheduling order adopted on July 28, 2026, Defendants' motion for summary judgment is due on or before August 21, 2026, Plaintiff's opposition is due September 21, 2026, and Defendants' reply is due October 21, 2026. This is the second request for an extension of these deadlines. The previous request for extension was granted.

Plaintiff's counsel has consented to Defendants' request for an extension, and the parties propose the following amended briefing schedule:

Defendants' Motion for Summary Judgment: August 28, 2026;

Plaintiff's Opposition: September 28, 2026;

Defendants' Reply: October 28, 2026.

Thank you very much for Your Honor's consideration of our joint request.

Respectfully submitted,

By: *s/ Michael Donnelly*
Michael T. Donnelly, Esq.

c: Katelyn Schillaci, Esq., attorney for Plaintiffs (via ECF)