**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
ROSA OJEDA,

Plaintiff,

-against-

NYCLEANING SOLUTIONS CORP. et al.,

Defendants.
---------------------------------------------------------------X

**ORDER**

**24-CV-6155 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's letter at Dkt. No. 57 submitting the accompanying exhibits and Rule 56.1 statement responses in an omnibus PDF. While the Court understands that Plaintiff ran into technical issues uploading these documents, Plaintiff is to re-file these exhibits and Rule 56.1 statement. All exhibits should be part of one filing (with each exhibit separately linked) and the Rule 56.1 statement responses should also be a separate filing. Plaintiff has until Friday, **October 2, 2026**.

Both parties are to also provide a courtesy copy of briefing related to the motion for summary judgment briefing (double-sided is fine).

SO ORDERED.

DATED: New York, New York
September 30, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge